ROLAND WOLF, as Agent for ROLAND WOLF and Another, Respondent, v. MICHAEL LEFING, Appellant.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

COLUMBIA SAVINGS AND LOAN ASSOCIATION, Respondent, v. NORMA BRILL, INC., Appellant, et al., Defendants.—

No opinion. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

BENJAMIN GLOTZER, Appellant, v. CELIA Z. GLOTZER, Respondent.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See 1 A D 2d 669.]

MARIA KUMP, as Administratrix of the Estate of MATHIAS KUMP, Deceased, Respondent, v. RALPH REINHARDT, Appellant.—

No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ.